■    HARRY ROSENBERG et al., Appellants, v DOMINICK ALBANESE et al., Defendants and Third-Party Plaintiffs-Respondents. FRANKS FUEL SERVICE, Third-Party Defendant-Respondent.—In an action to enjoin an alleged nuisance, plaintiffs appeal from a judgment of the Supreme Court, Rockland County, entered October 8, 1976, which, inter alia, dismissed the complaint and the third-party complaint, after a nonjury trial. Judgment affirmed, with costs to defendants Albanese payable by plaintiffs. Upon a review of

the record, we agree with the trial court's findings of fact, notwithstanding its simplification of the very technical expert testimony presented. Gulotta, P. J., Latham, Damiani and O'Connor, JJ., concur.